RECEIVED
IN MONROE, LA
AUG 0 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAUL FELTON BATISTE | CIVIL ACTION NO. 07-0727 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MADISON PARISH SHERIFF'S OFFICE, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 6 day of August, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE